IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| COREY BURRELL | : | CIVIL ACTION |
|---|---|---|
| v. | : | |
| FRANKLIN TENNIS, et al. | : | NO. 09-484 |

ORDER

AND NOW, this 21st day of September, 2010, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

(1) the Recommendation of the Magistrate Judge is APPROVED;

(2) the application of Corey Burrell to grant a new trial or to remand to the Court of Common Pleas for the Philadelphia County for re-sentencing pursuant to 28 U.S.C. § 2254 is DENIED;

(3) a certificate of appealability is not issued; and

(4) the Clerk shall mark the case closed for statistical purposes.

BY THE COURT:

/s/ Harvey Bartle III
C.J.